162 So. 318

## LOUISVILLE & N. R. CO. v. W. M. CARDWELL.

### 6 Div. 767.

Supreme Court of Alabama.

June 20, 1935.

Chas. H. Eyster, of Decatur, and White E. Gibson, White E. Gibson, Jr., and Dan M. Gibson, all of Birmingham, for the motion.

Ewing, Trawick & Clark, of Birmingham, opposed.

PER CURIAM.

Petition of the Louisville & Nashville Railroad Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Louisville & N. R. Co. v. Cardwell, 162 So. 318.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.